UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HARRINGTON & DANFORTH
CONSULTING, LLC,

    Plaintiff,

v.                                        CASE NO.:  5:16-cv-352-Oc-39PRL

ACRISURE, LLC,

    Defendant.
_____/

## **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE**

Defendant, Acrisure, LLC ("Acrisure") discloses the following pursuant to Rule 7.1, Federal Rules of Civil Procedure:

Acrisure's parent corporation is Acrisure Intermediate, Inc.

                      Respectfully submitted,

                      **HOLLAND & KNIGHT LLP**

                      /s/ Ben Z. Williamson
                      Michael A. Abel, Esq.
                      Fla. Bar No. 075078
                      michael.abel@hklaw.com
                      Ben Z. Williamson, Esq.
                      Fla. Bar. 87454
                      ziggy.williamson@hklaw.com
                      50 N. Laura Street, Suite 3900
                      Jacksonville, Florida 32202
                      Telephone:  (904) 353-2000
                      Facsimile:  (904) 358-1872

                      *Attorneys for Acrisure, LLC*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on **June 10, 2016**, I electronically filed the foregoing Rule 7.1 Disclosure Statement by using the CM/ECF system which will send a notice of electronic filing to the following:

  Stanley W. Plappert, Esq.
  1024 E. Silver Springs Blvd.
  Ocala, FL  34470
  SWP@thefloridalegaladvocacygroup.com
  *Attorneys for Plaintiff*

              s/ Ben Z. Williamson
              Attorney