UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HARRINGTON & DANFORTH                                CASE NO.: 5:16-cv-352-Oc-39PRL
CONSULTING, LLC

        Plaintiff,

v.

ACRISURE, LLC

        Defendant
_____/

**DEFENDANT ACRISURE, LLC'S SUPPLEMENTAL INFORMATION
IN SUPPORT OF NOTICE OF REMOVAL**

Pursuant to the Court's June 1, 2016 Order (Doc. 6), Defendant, Acrisure, LLC ("Acrisure") hereby provides supplemental information establishing the Court's jurisdiction:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

2. The amount in controversy exceeds $75,000. Ex A, Complaint ¶¶ 9, 13 (seeking $530,000 in damages, plus interest and attorney's fees).

3. Defendant is a Michigan limited liability company. Defendant's sole member, Acrisure Intermediate, Inc., is a Delaware corporation with its principal place of business in Michigan.

4. Plaintiff is a Florida limited liability company. Plaintiff's sole member, Daniel Mahalic, is a natural person and a citizen of Florida.

5. There is complete diversity of citizenship between the parties to this action. *See Crespo v. Coldwell Banker Mortg.*, 599 F. App'x 868, 872 (11th Cir. 2014) (citing *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1020-22 (11th Cir. 2004)); 28 U.S.C. § 1332(c)(1).

        Respectfully submitted,

        **HOLLAND & KNIGHT LLP**

        s/ Ben Z. Williamson
        Michael A. Abel, Esq.
        Fla. Bar No. 075078
        michael.abel@hklaw.com
        Ben Z. Williamson, Esq.
        Fla. Bar. No. 87454
        ziggy.williamson@hklaw.com
        50 N. Laura Street, Suite 3900
        Jacksonville, Florida 32202
        Telephone: (904) 353-2000
        Facsimile:  (904) 358-1872

        *Attorneys for Acrisure, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 7, 2016, the foregoing was filed via CM/ECF, which will provide a copy to the following:

    Stanley W. Plappert, Esq.
    1024 E. Silver Springs Blvd.
    Ocala, FL 34470
    swp@thefloridalegaladvocacygroup.com
    jm@thefloridalegaladvocacygroup.com

        s/ Ben Z. Williamson
        Attorney